UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 9:10-80096-CR-HURLEY/VITUNAC

UNITED STATES OF AMERICA,

v.

STANLEY GABART,

   Defendant.
_____/

## ORDER

THIS MATTER is before the Court on defendant Stanley Gabart's unopposed motion to continue sentencing. Upon review, it is hereby

ORDERED AND ADJUDGED that defendant's motion is hereby ~~granted~~ DENIED.

~~Defendant's sentencing shall be continued to February 14, 2011.~~

DONE AND ORDERED in Chambers in West Palm Beach, Florida, this 2ND day of Dec., 2010.

_____
HONORABLE DANIEL T. K. HURLEY
SENIOR UNITED STATES DISTRICT JUDGE