UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 9:10-80096-CR-HURLEY/HOPKINS

UNITED STATES OF AMERICA,

v.

STANLEY GABART,

       Defendant.
_____/

**DEFENDANT STANLEY GABART'S OBJECTIONS
TO THE REVISED PRESENTENCE INVESTIGATION REPORT**

    Defendant Stanley Gabart hereby files his objections to the Revised Presentence Investigation Report dated December 8, 2010, stating as follows:

    1.   <u>Objection to Paragraph 65</u>:  Defendant objects to Paragraph 65 and its suggested two-level increase for sophisticated means pursuant to U.S.S.G. § 2B1.1(b)(9)(C).  Such an increase should not be applied to Mr. Gabart because his conduct was not "especially complex or especially intricate." *Id.* cmt. n.8(B).

    2.   <u>Objection to Paragraph 67</u>:  Defendant objects to Paragraph 67 and its suggested three-level increase as a supervisor in the offense pursuant to U.S.S.G. § 3B1.1(b).  As set forth in the Plea Agreement, the government agrees that a three-level role enhancement is not warranted.  [DE 25 ¶ 9].

                         Respectfully submitted,

                         LEWIS TEIN, P.L.
                         *Counsel for Stanley Gabart*
                         The Offices at Cocowalk
                         3059 Grand Avenue, Suite 340
                         Coconut Grove, Florida 33133
                         Tel. (305) 442 1101
                         Fax (305) 442 6744

BY: /s/ Michael R. Tein
MICHAEL R. TEIN
Florida Bar No. 993522
tein@lewistein.com

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on December 10, 2010, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF. I also certify that the foregoing document is being served this day on all counsel of record identified on the following service list via transmission of Notices of Electronic Filing generated by CM/ECF or in the manner set forth below.

/s/ Michael R. Tein
MICHAEL R. TEIN

**SERVICE LIST**

Ellen L. Cohen, Esq.
Assistant United States Attorney
U.S. Attorney's Office
99 NE 4th Street
Miami, Florida 33132

Denise Kalland, Esq.
Denise Kalland, P.A.
777 South Flagler Drive
Phillips Point – Suite 800 West
West Palm Beach, FL 33401

Rebecca L. Hill, U.S.P.O.  (*via U.S. mail*)
U.S. Department of Probation
299 East Broward Blvd., Suite 609
Ft. Lauderdale, Florida  33301-1865

Lewis Tein PL
ATTORNEYS AT LAW

3059 GRAND AVENUE, SUITE 340, COCONUT GROVE, FLORIDA 33133