# CRIMINAL MINUTES

## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA
## HONORABLE DANIEL T. K. HURLEY

---

Case No. _10-80096-CR._   Date: _December 16, 2010_
(Start Time: _4:00 p.m._)   (End Time: _6:40 p.m._)

Courtroom Deputy: James E. Caldwell   Court reporter: Pauline Stipes

Language Spoken: _English_   Defendant's Status: (~~Pretrial Detained~~ / Bond)

UNITED STATES OF AMERICA  v.  _Standley Gabart_

AUSA: _Ellen L. Cohen_   DEFENSE COUNSEL: _Michael R. Tein and Denise Kalland_

TYPE OF HEARING: _Sentencing hearing._

RESULTS OF HEARING: _After an inquiry, the defendant was sentenced to imprisonment for 70 months; supervised release for 3 years; Restitution in an amount to be established by later notice; and a 200.00 special assessment._

Misc.: _____